**DISMISS; and Opinion Filed November 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00801-CV

**BAYLOR MEDICAL CENTER AT IRVING, Appellant**
**V.**
**PAUL LESTER CHATMAN, II AND PAUL LESTER CHATMAN, AS NEXT FRIEND**
**OF PAUL LESTER CHATMAN, II, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11612**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Justice Lang-Miers

The parties have filed an agreed motion to dismiss the appeal, stating they have agreed to

dismiss the appeal pursuant to their settlement agreement. We grant the motion and dismiss the

appeal. *See* TEX. R. APP. P. 42.1(a).

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

160801F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BAYLOR MEDICAL CENTER AT
IRVING, Appellant

No. 05-16-00801-CV       V.

PAUL LESTER CHATMAN, II AND
PAUL LESTER CHATMAN, AS NEXT
FRIEND OF PAUL LESTER CHATMAN,
II, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-11612.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 7th day of November, 2016.